IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GENEVA PRIEST                                                                                    PLAINTIFF

VS.                                                    4:08CV00520

JAMES L. MCCARLEY, III
and KARLA M. WORMINGTON                                                          DEFENDANTS

## ORDER

Pursuant to the stipulation for dismissal, docket # 19, Plaintiff's complaint and the cross claims of Defendants, James L. McCarley, III and Karla M. Wormington are dismissed with prejudice, each party to bear their own costs. The case is removed from the trial docket the week of April 27, 2009. The Clerk is directed to close the case.

IT IS SO ORDERED this 12th day of March, 2009.

_____
James M. Moody
United States District Judge